**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JESUS HERRERA SANCHEZ,** | : | **CIVIL ACTION** |
| ***Petitioner,*** | : | |
| | : | |
| **v.** | : | **No. 26-cv-7938** |
| | : | |
| **J.L. JAMISON, Warden, Federal** | : | |
| **Detention Center, Philadelphia, *et al.*,** | : | |
| ***Respondents.*** | : | |

**ORDER**

**AND NOW**, this **27th** day of **October 2026**, upon review of Petitioner Jesus Herrera Sanchez's Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1), Respondents' Opposition to the Petition for Writ of Habeas Corpus (ECF No. 6), and the docket, it is hereby **ORDERED** as follows:

1. The Petition (ECF No. 1) is **DENIED** for the reasons stated in the accompanying memorandum opinion.
2. On or before **November 10, 2026**, Respondents shall provide Petitioner with a bond hearing, at which the parties will be allowed to present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.
3. If Respondents do not provide Petitioner with a bond hearing on or before **November 10, 2026** as required herein, Petitioner shall be immediately released from detention while awaiting the bond hearing.
4. Any restrictions previously imposed on Petitioner's location by this Court are now **LIFTED** for the purpose of holding a bond hearing.

5. The Parties shall file a Joint Status Letter updating the Court as to the results of the bond hearing, on or before **November 17, 2026 at 5:00 p.m.** Further, the Parties shall advise the Court in their Joint Status Letter whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**